# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2008

Clifford W. Taylor,
Chief Justice

135903

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DUJUAN LIGONS, Personal Representative
of the Estate of EDRIS LIGONS, Deceased,
    Plaintiff-Appellee,

v

SC: 135903
COA: 278622
Oakland CC: 06-073762-NH

CRITTENTON HOSPITAL, a/k/a
CRITTENTON HOSPITAL MEDICAL
CENTER,
    Defendant-Appellee,

and

DAVID BRUCE BAUER, M.D., and
ROCHESTER EMERGENCY GROUP, P.C.,
    Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the January 16, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

CAVANAGH and KELLY, JJ., would deny leave to appeal.

WEAVER, J., would deny leave to appeal because she is not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2008

_____
Clerk